AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Dijon Gortezz Hudson, | ) | Case No. 19mj 6361-AOV |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 25, 2019__ in the county of __Broward__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2113(a) and 2 | did knowingly take, by force, violence and intimidation, from the person and presence of employees of Synovus Bank, located at 632 S. Federal Highway, Fort Lauderdale, Florida, approximately $7,552.00 in United States currency, belonging to, and in the care, custody, control, management, and possession of Synovus Bank, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Ryan Dreibelbis, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 7/29/19

_____
*Judge's signature*

City and state: Fort Lauderdale, Florida       Alicia O. Valle, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

Your affiant, Ryan Dreibelbis, being duly sworn, deposes and states as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI"), currently assigned to the Violent Crimes and Fugitive Task Force of the FBI's Miami Division. I have been an FBI Special Agent since February 2018 and have been assigned to the Miami Division since May 2019. My duties involve investigating violations of federal offenses, including bank robberies, Hobbs Act robberies, extortion, and other violations of federal law. Prior to moving to the Miami Division, I worked as a Special Agent for a year and a half and investigated narcotics trafficking violations while assigned to the New York Division of the FBI.

2. I make this Affidavit in support of a criminal complaint charging **DIJON GORTEZZ HUDSON** with knowingly taking, by force, violence and intimidation, from the person and presence of employees of Synovus Bank, located at 632 S. Federal Highway, Fort Lauderdale, Florida, approximately $7,552.00 in United States currency, belonging to, and in the care, custody, control, management, and possession of Synovus Bank, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Sections 2113(a) and 2.

3. I submit this Affidavit based on my personal knowledge, as well as information provided to me by other individuals, including other law enforcement officials, and my review of records and other evidence obtained during the course of this investigation. Because this Affidavit is being submitted for the limited purpose of establishing probable cause for the requested warrant, it does not include every fact known to me about this matter.

## PROBABLE CAUSE

4. On July 22, 2019, at approximately 2:36 PM, an unknown black male – later identified as HUDSON – visited the Popular Bank, located at 8401 W. Oakland Park Boulevard, Sunrise, Florida. While in Popular Bank, HUDSON was seen continually looking around the bank. At one point, HUDSON looked directly at a camera then turned his back to it. HUDSON then approached a bank teller and stated that he wanted to open up a checking account but ultimately did not conduct a transaction. At approximately 2:38 PM, cell-site data – further described in Paragraphs 9 through 14 below – show that HUDSON placed a twenty-eight second phone call to 954-605-3929. A review of a law enforcement database linked this phone to K.D.G., a resident of a halfway house located in Dania Beach, Florida. K.D.G. resides at the halfway house due to a 2010 federal conviction[1] for bank robbery in which he wore a mask and brandished a firearm after jumping a bank teller counter. At the time of the 2010 bank robbery, K.D.G. resided at a halfway house due to his commission of a bank robbery in 2001.[2]

5. On or about July 23, 2019, at approximately 10:01 AM, an unidentified male placed a 911 call from telephone number 786-494-2675, and stated that two bombs had been placed at Anytime Fitness, located at 10144 West Oakland Park Boulevard, Sunrise, Florida, and would detonate in fifteen (15) minutes. Bank surveillance footage from the Popular Bank, showed that, at approximately 10:22 AM, a dark colored sedan parked in front of the bank, located at 8401 West Oakland Park Boulevard, Sunrise, Florida. An unknown black male exited the front passenger door of the vehicle and walked to the door of the Popular Bank. The male was wearing a dark grey hooded sweatshirt with the hood up, dark pants, dark shoes, and a mask over his face. The male also appeared to be carrying a black bag in his hand. However, unbeknownst to the male,

---

[1] 10-60206-CR-JIC.
[2] 02-60152-CR-WPD.

the door to Popular Bank required a bank employee to buzz in customers, so when the male tried the door, he was not able to enter. Due to his failure to enter the bank, the male returned to the dark colored sedan. The sedan went westbound on West Oakland Park Boulevard. An employee of the bank ("CW-1") identified the suspect sedan as a Ford make, adding that the vehicle did not have a license plate.

6. On July 24, 2019, at approximately 3:08 PM, bank surveillance footage from the Synovus Bank, located at 632 S. Federal Highway, Fort Lauderdale, Florida,[3] showed HUDSON was inside the bank. While in Synovus Bank, surveillance footage showed HUDSON continually looking around the bank and towards the offices in the back of the bank. HUDSON approached one of the bank tellers and asked to open a checking account. He ultimately did not conduct a transaction but advised the teller that he would returned the next day. At approximately 3:14 PM, cell-site data – further described in Paragraphs 9 through 14 below – showed that HUDSON placed an outgoing call to 954-605-3929. This is the same phone number that law enforcement identified as belonging to K.D.G.

7. On July 25, 2019, at approximately 9:18 AM, an unidentified individual placed a 911 call from 786-494-2675. The caller communicated a bomb threat to The Galleria Mall, located at 2414 East Sunrise Boulevard, Fort Lauderdale, Florida. Bank surveillance footage from the Synovus Bank showed that, at approximately 9:30 AM, a black Ford Fusion ("the Fusion") with a missing grill piece parked outside of the Synovus Bank, located at 632 S. Federal Highway, Fort Lauderdale, Florida. An unknown black male exited the front passenger door and entered the bank. The male jumped the teller counter and brandished a handgun with his left hand. The male

---

[3] Law enforcement provided a photograph of HUDSON from the Synovus bank's surveillance system to a bank teller at Popular Bank ("CW-2"). CW-2 confirmed that the individual depicted in the photograph was the same person who had come to the Popular Bank on July 22, 2019. CW-2 stated that he/she and other employees were concerned about HUDSON and found him suspicious.

3

stole approximately $7,552.00 in United States currency, exited the bank, and reentered the Fusion. The Fusion then fled the scene.

8. On July 27, 2019, law enforcement located the Fusion near 420 North Federal Highway, Fort Lauderdale, Florida, and initiated a traffic stop. Officers ran the license plate and determined it had a seize tag order. Law enforcement approached the driver, P.T., and arrested her for driving with a suspended license. Officer subsequently impounded the Fusion. Later that same day, FBI investigators conducted a post-*Miranda* interview of P.T. P.T. stated that she was not in possession of her car during the daytime on either July 23, 2019, or July 25, 2019. P.T. initially identified still photos taken from the Popular Bank and Synovus bank on the days preceding each of the two robberies as an individual named "Josh" that she met on social media. However, during the interview, P.T.'s phone continued ringing with calls from "Dijon." "Dijon" also attempted to "Facetime"[4] P.T., which resulted in a photo of "Dijon" to appear on the screen of P.T.'s phone. Based on the image that appeared on P.T.'s phone, "Dijon" had a distinctive hairstyle similar to the individual who P.T. had previously misidentified as "Josh." When confronted with the photo of "Dijon," P.T. admitted that the person in the surveillance photographs was HUDSON, who she identified as her boyfriend. P.T. consented to a limited search of her phone. A review of her phone showed the following exchange between her and HUDSON on July 25, 2019, at approximately 10:02 A.M:

P.T.: bae you good?

HUDSON: Yea I'm at your house Wasup

HUDSON: I had to cut my phone off

P.T.: Just checking. I was afraid.

---

[4] "Facetime" is a videotelephony product developed by Apple, Inc. that allows users to make audio and video calls through their wireless devices.

4

>   HUDSON: I'm good your car parked ima come pick you up from work okay
>
>   P.T.: I know. You worked today?
>
>   HUDSON: Yea
>
>   HUDSON: We hit I'll tell you about it later

Based upon your affiant's training and experience, "hit" is commonly used to describe a criminal act, to include bank robberies. P.T. then identified the Fusion seen in a bank surveillance photograph from the July 25, 2019 robbery as her 2016 Ford Fusion. P.T. stated that HUDSON often visited her house late at night, and sometimes stayed the night, but always left early in the morning when she went to work. P.T. provided HUDSON's telephone number as 954-394-0978.

9.  Sprint provided cell-site and Per Call Measurement Data (PCMD) data for 954-394-0978 ("0978"), which P.T. identified as belonging to HUDSON. A review of these records showed that "0978" used the cell site that is consistent with 0978 being located at or in the vicinity of Popular Bank, located at 8401 W. Oakland Park Boulevard, Sunrise, Florida, at approximately 2:34 PM on the day preceding the Popular Bank robbery. At approximately 8:11 AM on July 23, 2019, "0978" used the cell site that is consistent with 0978 being located at or in the vicinity of the halfway house in which K.D.G. resides. At approximately 10:18 AM, "0978" used the cell site that is consistent with 0978 being located at or in the vicinity of the Popular Bank. Additionally, the PCMD data shows that "0978" was approximately the same distance from the cell tower used as the Popular Bank. At approximately 11:07 AM on July 23, 2019, "0978" used a cell site that is consistent with 0978 being located at or in the vicinity of the halfway house where K.D.G. resided.

10. On July 25, 2019, at approximately 8:14 AM, "0978" used the cell site that would be consistent with 0978 being located at or in the vicinity of the halfway house in which K.D.G. resided. On July 25, 2019, at approximately 10:18 AM, "0978" used the cell site that would be

consistent with 0978 being located at or in the vicinity of P.T.'s residence. Additionally, the PCMD showed that "0978" was approximately the same distance from that tower as P.T.'s residence. On July 25, 2019, at approximately 10:53 AM, "0978" used the cell tower that would be consistent with 0978 being at or in the vicinity of the address listed on HUDSON's driver's license. On July 25, 2019, at approximately 11:04 AM, "0978" used the cell tower that would be consistent with 0978 being located at or in the vicinity of the halfway house in which K.D.G. resided.

11.   On July 27, 2019, at approximately 7:30 PM, surveillance units observed HUDSON on an orange dirt bike approximately two (2) blocks away from HUDSON's residence. HUDSON evaded surveillance units. Law enforcement attempted to initiate a traffic stop on HUDSON's dirt bike but he escaped. At approximately 10:20 PM, officers observed HUDSON at the Sunland Food Mart, located at the intersection of Sunrise Highway and 15th Avenue in Lauderdale Manors, Florida. When officers attempted to approach HUDSON, HUDSON mounted his dirt bike and departed at a high rate of speed.

12.   Pursuant to a tracking warrant for 786-494-2675 ("2675"), which was the phone number used to make the hoax bomb threats, law enforcement received live GPS data for 2675. This GPS data showed 2675 to be in the area of P.T.'s residence frequently. From approximately 1:51 AM to 9:21 AM on July 28, 2019, GPS pings for 2675 indicated that it could be located at P.T.'s residence. The GPS pings had an uncertainty radius of approximately one-thousand, three hundred (1300) meters; however, the pings were centered close to P.T.'s residence.

13.   "0978" had approximately one-hundred and twenty (120) telephone contacts with the phone number belonging to K.D.G. between July 20, 2019 and July 27, 2019. Further, the

phone number used to call in bomb threats immediately prior to both robberies arose from a location close to P.T.'s residence.

14. Cell site information associated with HUDSON is consistent with him sleeping at P.T.'s residence the night of July 19, 2019, through the night of July 25, 2019 and into the morning of July 26, 2019. The pings on the phone number used to make the bomb threats were consistent with P.T.'s residence the night of July 27, 2019, into the morning of July 28, 2019.

15. On July 29, 2019, agents executed a federal search warrant at 1702 SW 40th Terrace, Fort Lauderdale, Florida. P.B., A.J., M.S., and J.M., residents of the house, all separately identified bank surveillance still photographs of the individual in the Popular Bank on July 22, 2019, and the Synovus Bank on July 24, 2019, as HUDSON. A broken cellular phone was located in the bedroom that HUDSON used, as well as a debit card with HUDSON's name on it. P.B. stated HUDSON commonly stayed at the house between four and five nights per week. Although M.S. stated HUDSON stayed at the house no more than once a week, evidence obtained from the GPS pings – as described in Paragraph 14 – lends further support to P.B.'s recollection.

16. On July 29, 2019, after the search of the residence, law enforcement observed HUDSON driving a gold Toyota Camry with K.D.G. as a passenger while both individuals were in close proximity to the halfway house in which K.D.G. resides.

17. On July 29, 2019, after executing the search warrant described in Paragraph 15 above, law enforcement interviewed P.T., who stated that she had confronted HUDSON on July 27, 2019, immediately after investigators initially interviewed her. P.T. stated that she told HUDSON that the FBI was looking for him. P.T. agreed to hand over her phone for a consent search once the FBI returned her vehicle.

18.     On July 29, 2019, law enforcement subsequently approached K.D.G. and interviewed him. During a post-*Miranda* interview, K.D.G. stated he did not know HUDSON personally but knew HUDSON's mother. When advised that records showed that HUDSON contacted K.D.G.'s phone approximately 120 times, K.D.G. did not have an explanation for that. K.D.G. was in possession of a cell phone with telephone number 954-213-4247. K.D.G. stated the phone seized by law enforcement was in his sister's name. In my training and experience, persons involved in criminal acts will often use phones with different or no subscriber information in order to conceal their identity while using the device.

[INTENTIONALLY LEFT BLANK]

## CONCLUSION

Based on my training and experience, and as further supported by the facts in this affidavit, I respectfully submit that probable cause exists that on or about July 25, 2019, **DIJON GORTEZZ HUDSON** did knowingly take, by force, violence and intimidation, from the person and presence of employees of Synovus Bank, located at 632 S. Federal Highway, Fort Lauderdale, Florida, approximately $7,552.00 in United States currency, belonging to, and in the care, custody, control, management, and possession of Synovus Bank, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Sections 2113(a) and 2.

**FURTHER YOUR AFFIANT SAYETH NAUGHT.**

_____
SPECIAL AGENT RYAN DREIBELBIS
FEDERAL BUREAU OF INVESTIGATION

Subscribed and sworn before me
this 29th day of July, 2019.

_____
HONORABLE ALICIA O. VALLE
UNITED STATES MAGISTRATE JUDGE